# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| ANTONIO CRESPO AND EDWARD TORRALVO | : | No. 383 EAL 2017 |
| | : | |
| v. | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| WILLIAM B. HUGHES, M.D.; HUGHES & HENSELL ASSOCIATES, P.C.; AND TEMPLE UNIVERSITY HOSPITAL, INC. | : | |
| | : | |
| PETITION OF: WILLIAM HUGHES AND HUGHES & HENSELL ASSOC. | : | |
| ANTONIO CRESPO AND EDWARD TORRALVO, | : | No. 404 EAL 2017 |
| | : | |
| Petitioners | : | Cross Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| WILLIAM B. HUGHES, M.D.; HUGHES & HENSELL ASSOCIATES, P.C.; AND TEMPLE UNIVERSITY HOSPITAL, INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.